**Rodolfo GASTELUM–FLORES,**
**Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney**
**General of the United States,**
**Respondent.**

No. 13–2741.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 3, 2014.

Filed: June 10, 2014.

Rekha Sharma–Crawford, William Michael Sharma–Crawford, Sharma–Crawford Attorneys at Law, LLC, Kansas City, MO, for Petitioner.

Karen Yolanda Drummond, Derek C. Julius, Jessica R.C. Malloy, Carl H. McIntyre, U.S. Department of Justice, Washington, DC, for Respondent.

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

PER CURIAM.

Rodolfo Gastelum–Flores, a native and citizen of Mexico, petitions for review of an immigration judge's order concurring with a Department of Homeland Security asylum officer's adverse reasonable-fear determination, and reinstating a prior removal order against him. After careful consideration of the petition, we find no basis for reversal. Accordingly, the petition for review is denied. *See* 8th Cir. R. 47B.